IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 1:18 CR 00058 |
| | ) | |
| Plaintiff | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| vs. | ) | DEFENDANT TYRONE |
| | ) | CAMMON'S MOTION |
| TYRONE CAMMON | ) | FOR A MENTAL HEALTH |
| | ) | EVALUATION |
| Defendant | ) | |

Now comes counsel for the defendant, and respectfully requests this Honorable Court authorize a mental health evaluation of the accused. Mr. Cammon has had mental health issues in the past and seems to be suffering from some currently. The Plaintiff will not be prejudiced by the granting of such a request. Also, the granting of this Motion will promote judicial economy and will serve the interests of justice.

Respectfully submitted,

/s/ **James A. Jenkins**
JAMES A. JENKINS (0005819)
55 Public Square, Suite 2100
Cleveland, Ohio 44113
216/363-6003
Facsimile: 216/363-6013
jajenkins49@hotmail.com

## SERVICE

A copy of the foregoing was filed electronically March 13, 2019. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ James A. Jenkins
James A. Jenkins
Attorney for Defendant Cammon